

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00260-CR

DAVID ALAN PERRIGO, JR.                                                            APPELLANT

V.

THE STATE OF TEXAS                                                                       STATE

----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant David Alan Perrigo, Jr. attempts to appeal his convictions for aggravated assault of a child and indecency with a child. The trial court imposed Appellant's sentence on March 2, 2012. Appellant timely filed a motion for a new trial. Under our rules, his notice of appeal was due on May 31, 2012. *See* Tex.

---

[1]*See* Tex. R. App. P. 47.4.

R. App. P. 26.2(a)(2). Appellant did not file his notice of appeal, however, until June 11, 2012.

An appellate court may extend the time to file the notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party: (a) files in the trial court the notice of appeal; and (b) files in the appellate court a motion complying with rule 10.5(b). Tex. R. App. P. 26.3. In this case, a motion to extend time to file the notice of appeal was due on June 15, 2012. *See* Tex. R. App. P. 26.3. Appellant filed his motion to extend time to file notice of appeal on June 20, 2012. It is, therefore, untimely.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The court of criminal appeals has held that, without a timely filed notice of appeal or motion for extension of time, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton*, 981 S.W.2d at 210.

Because Appellant's notice of appeal and motion to extend time to file notice of appeal were untimely, we have no jurisdiction over this appeal. Accordingly, we deny the motion to extend time to file notice of appeal and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.3, 42.3(a), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; AND DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 9, 2012